USCA1 Opinion

 

 September 19, 1994 [NOT FOR PUBLICATION] ____________________ No. 94-1149 PHILIP D. HOPGOOD, ET AL., Plaintiffs, Appellants, v. MERRILL LYNCH PIERCE, FENNER AND SMITH, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jaime Pieras, Jr., U.S. District Judge] ___________________ ____________________ Before Coffin and Campbell, Senior Circuit Judges, _____________________ Keeton, Senior District Judge.* _____________________ ____________________ Harold D. Vicente with whom Vicente & Cuebas was on brief for __________________ _________________ appellants. Carlos G. Latimer with whom Latimer, Biaggi, Rachid, Rodriguez- __________________ ____________________________________ Suris & Godreau was on brief for appellees. _______________ ____________________ ____________________ ____________________ *Of the District of Massachusetts, sitting by designation. Per Curiam. Substantially for the same reasons set __________ forth in the opinion of the United States District Court for the District of Puerto Rico in Hopgood v. Merrill Lynch, _______ _______________ Pierce, Fenner & Smith, 839 F. Supp. 98 (D.Puerto Rico 1993), ______________________ we affirm. Costs are awarded to the appellee. -2-